PD-1471-14

No. 09-14-00232-CR

IN THE

COURT OF CRIMINAL APPEALS

FOR THE

SUPREME COURT IN

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 15 2015

Abel Acosta, Clerk

STATE OF TEXAS.    Appellant

V.

KEVIN DARSHAWN SNEED    Appellee

Appeal from the Ninth District Court of Montgomery County Tx.

The Honorable Kelly W. Case, Judge Presinding

MOTION FOR SENTENCE REDUCTION

FILED IN
COURT OF CRIMINAL APPEALS

SEP 15 2015

Abel Acosta, Clerk

# ARGUMENT

(1) The state claims that I, KEVIN DARSHAWN SNEED was properly classified as a third degree felony, but the Defendant's copy of clearly proves other. THE Indictment was Statute for 38.04(b)(1) and looking at Tex. Penal Code And. it clearly states Section 38.04(b)(1) is classified as a State Jail Felony.

Judgment

Statute

(2) IN issue two, the State contends that evading arrest or detention is a third degree felony, not a state jail felony. Section 38.04(1) of the Texas Penal Code addresses the offense of evading arrest or detention. See Hobbs v. State, 175 S.W. 3d 777 T.C.A. 2005.

(1) a state jail felony if:

(A) the actor has been previously convicted under this section; or

(B) the actor uses a vehicle or watercraft while the actor is in flight and the actor has not been previously convicted under this section;

(2) a felony of the third degree if:

(A) the actor uses a vehicle or watercraft while the actor is in flight and the actor has been previously convicted under this section

(B) another suffers serious bodily injury as direct result of an attempt by the officer or investigator from whom the actor is fleeing to apprehend the actor while the actor is in flight.

The report clearly states that no other motorists were injured, nor any Deputy while in pursuit. then it states I pulled into a parking lot and stopped where other people and other vehicles were present, but no one was injured are any vehicles were damage. These statements indicates clearly there wasn't any actual danger.

(3) In issue three, the State claims that the deadly weapon finding was true, but the facts clearly states that the evidence is insufficient due to A deadly weapon constitutes "anything that in the manner of its use or intended use is capable of causing death or serious bodily injury." During the evading the Deputy wasn't injured or in danger during the pursuit. Nothing nor anyones vehicles got hit clearly proven. there wasn't any danger to cause death or

serious bodily injury. Due to INsufficient evidence the proper remedy is to delete the finding from the judgment. Id; see Tex. Penal Code Ann. § 1.07(a)(17)(B)( West Supp. 2014). Since the deadly weapon finding is erroneous, the proper remedy is deletion of the finding from the judgment.

DEFENDANT'S COPY

DA#:125343.1

CASE NO. C2-12-13526 -CR

INCIDENT NO./TRN: 9218951106

. RECEIVED AND FILED
FOR RECORD
At O'Clock M.

FEB 25 2014

| THE STATE OF TEXAS | § | IN THE 9TH DISTRICT |
| | § | BLADDEN ADAMICK |
| | § | District Clerk |
| V. | § | COURT MONTGOMERY COUNTY, TEXAS |
| | § | By Deputy |
| KEVIN DASHAWN SNEED | § | MONTGOMERY COUNTY, TEXAS |
| | § | |

STATE ID NO.: TX06083607

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. Kelly W. Case | Date Judgment Entered: | February 25, 2014 |
| Attorney for State: | Amy Waddle | Attorney for Defendant: | Dustan Neyland |

Offense for which Defendant Convicted:
**EVADING ARREST DETENTION W/VEHICLE**

| Charging Instrument: | Statute for Offense: |
| Indictment | 38.04(b)(1) |

Date of Offense:
**December 31, 2012**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
| Fel. 3 | Guilty | TRUE |

Terms of Plea Bargain:
**DEFENDANT PLED OPEN TO THE COURT**

| Plea to Enhancement Paragraphs: | AFFIRMATIVE FINDING OF DEADLY WEAPON |
| Findings on Enhancement Paragraphs: | N/A |
| Date Sentence Imposed: | February 25, 2014 | Date Sentence to Commence: | February 25, 2014 |
| Punishment and Place of Confinement: | TEN(10) years confinement in the Texas Department of Criminal Justice, Institutional Division |

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Atty. Fees | Restitution: | Restitution Payable to: |
| $ 0.00 | $334.00 | $ 0 | $ N/A | N/A (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62
The age of the victim at the time of the offense was N/A .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter total incarceration time. TOTAL:40 DAYS |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. N/A DAYS NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Montgomery County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Penitentiary Plea to Court Page 1 of 2

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

## Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Texas Department of Corrections, Institutional Division.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the **Montgomery County District Clerk.** Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above, including $2.00 fee for each payment made (pursuant to Article 102.072, T.C.C.P.).

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Montgomery County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Montgomery County Jail** for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the **Montgomery County District Clerk.** Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above, including $2.00 fee for each payment made (pursuant to Article 102.072, T.C.C.P.).

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Montgomery County District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

## Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

N/A

Signed and entered on __2/25_____, 2014.

X _____
JUDGE PRESIDING

Clerk: _____



Right Thumbprint